IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § | |
| -v- | § § § | W-20-CV-00460-ADA<br>W-20-CV-00462-ADA<br>W-20-CV-00464-ADA |
| MICROSOFT CORPORATION,<br>*Defendant* | § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through March 23, 2021 and finds the requested amount ($11,707.56) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiffs:        $5,853.78
    Defendant:      $5,853.78

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 23rd day of March, 2021.

                                          ALAN D ALBRIGHT
                                          UNITED STATES DISTRICT JUDGE