# EXHIBIT F

```
12:40    1                IN THE UNITED STATES DISTRICT COURT
                           FOR THE WESTERN DISTRICT OF TEXAS
         2                           WACO DIVISION

         3   WSOU INVESTMENTS LLC              *   November 30, 2020
                                               *
         4   VS.                               *   CIVIL ACTION NOS.
                                               *
         5   MICROSOFT CORPORATION             *   W-20-CV-545 thru 465

         6              BEFORE THE HONORABLE ALAN D ALBRIGHT
                            TELEPHONIC DISCOVERY HEARING
         7
             APPEARANCES:
         8
             For the Plaintiff:         James L. Etheridge, Esq.
         9                              Ryan Scott Loveless, Esq.
                                        Etheridge Law Group, PLLC
        10                              2600 E. Southlake Blvd., Suite 120-324
                                        Southlake, TX 76092
        11
                                        Mark D. Siegmund, Esq.
        12                              Law Firm of Walt Fair, PLLC
                                        1508 N. Valley Mills Drive
        13                              Waco, TX 76710

        14   For the Defendant:         Barry K. Shelton, Esq.
                                        Shelton Coburn LLP
        15                              311 RR 620 S, Suite 205
                                        Austin, TX 78734-4775
        16
                                        Richard A. Cederoth, Esq.
        17                              Sidley Austin LLP
                                        One South Dearborn
        18                              Chicago, IL 60603

        19                              Irene Yang, Esq.
                                        Sidley Austin LLP
        20                              555 California Street, Suite 2000
                                        San Francisco, CA 94104
        21
             Court Reporter:            Kristie M. Davis, CRR, RMR
        22                              PO Box 20994
                                        Waco, Texas 76702-0994
        23                              (254) 340-6114

        24        Proceedings recorded by mechanical stenography, transcript
05:52   25   produced by computer-aided transcription.
```

```
03:44   1   suburb of Dallas.  It doesn't seem unreasonable at all that
03:44   2   their reviewers travel to Dallas.
03:44   3           THE COURT:  Okay.  So let me hear from plaintiff's
03:44   4   counsel.
03:44   5           If your source code reviewers are close to Dallas, what is
03:44   6   the problem with having it done in Dallas?
03:44   7           MR. ETHERIDGE:  Most of our source code review people are
03:44   8   in Austin.  What makes it difficult in Dallas is not -- is that
03:44   9   the code right now is being produced.  We do not have a
03:44  10   protective order in this case.  Microsoft's only agreed to let
03:44  11   us look at the code if we abide by their proposal -- their
03:44  12   proposed changes, which is quite cumbersome, and that
03:44  13   includes -- like I said, that even if you fly, you must have
03:45  14   a -- you must have been tested within the last 14 days.  And
03:45  15   Sidley has their own rules on top of that.  Our people are in
03:45  16   Austin.  In the last case where we had lots of source code and
03:45  17   related to Google, they produced their source code in Austin.
03:45  18   It made it far easier for everybody, given the conditions and
03:45  19   the restrictions, that it be in Austin.  That --
03:45  20           THE COURT:  Mr. Shelton, would it be possible to produce
03:45  21   it at your office in Austin?
03:45  22           MR. SHELTON:  Unfortunately not, Your Honor.  I have had
03:45  23   that request before, and the problem is that I do not have a
03:45  24   conference room, and so my office is -- that I'm sitting in
03:45  25   right now is literally one office, and so it would mean that I
```

```
03:56   1   doesn't -- it sounds like Austin might be a location that's
03:56   2   convenient for at least some of plaintiff's folks to work out
03:56   3   of, but there's not a place in Austin that is particularly
03:56   4   workable in terms of the source code.
03:56   5           So let me hear from plaintiff what your suggestion is,
03:56   6   what you would want me to -- where would you want me to order
03:56   7   Microsoft to produce this at?
03:56   8           MR. ETHERIDGE:  Well, there's a couple of thoughts there.
03:56   9   One is two -- two of the people we've disclosed are -- you
03:56  10   know, are either in Austin.  The fellow that was up in the
03:56  11   Dallas area's already gone back to Austin.  95 percent of our
03:56  12   code reviewers, probably a dozen of them -- and we're going to
03:56  13   need to use all of them -- are located in Austin.  We heard
03:56  14   Barry tell us that Microsoft is also in Austin.  I don't know.
03:57  15   They probably have locations that they feel safe and secure
03:57  16   producing their own code.  If they don't want to do that --
03:57  17           THE COURT:  Let me ask.  Mr. Shelton, is there a reason
03:57  18   why -- I know Microsoft -- I've heard Microsoft is in Austin.
03:57  19   They must be.  I'm not sure where that is.  Is there a reason
03:57  20   why this code could not be made available on the -- does
03:57  21   Microsoft have a building, a campus?  I don't know what they
03:57  22   have here.  Is there a location at Microsoft where Microsoft
03:57  23   could keep their source code safe, obviously, because it's
03:57  24   at -- but also make it available for review?
03:57  25           MR. SHELTON:  Your Honor, there is a Microsoft store in
```

1  UNITED STATES DISTRICT COURT )
2  WESTERN DISTRICT OF TEXAS    )
3
4      I, Kristie M. Davis, Official Court Reporter for the
5  United States District Court, Western District of Texas, do
6  certify that the foregoing is a correct transcript from the
7  record of proceedings in the above-entitled matter.
8      I certify that the transcript fees and format comply with
9  those prescribed by the Court and Judicial Conference of the
10 United States.
11     Certified to by me this 3rd day of December 2020.
12
13                          */s/ Kristie M. Davis*
                            KRISTIE M. DAVIS
                            Official Court Reporter
14                          800 Franklin Avenue
                            Waco, Texas 76701
15                          (254) 340-6114
                            kmdaviscsr@yahoo.com