# EXHIBIT G

WACO REGIONAL AIRPORT

## Waco Regional Airport

| | |
|---|---|
| Waco Regional Airport (/airport/index.asp) | Advertise (https://wacoheartoftexas.com/advertising-at…) |
| Aerodrome Cafe (/airport/cafe.asp) | Airline Schedules (/airport/schedules.asp) |
| Directions (/airport/directions.asp) | Fee Schedule (http://www.waco-texas.com/Airport/pdf/…) |
| General Aviation (/airport/aviation.asp) | Transportation Information (/airport/rental.asp) |
| Parking (/airport/parking.asp) | Contact Us (/airport/contact.asp) |

# Airline Schedules To & From


(http://www.aa.com)

**(800) 433-7300**
**Local Number: (254) 752-5889**
**Lost Baggage: 1-800-535-5225**
**Waco Regional Airport - ACT**
**Dallas Fort Worth Airport - DFW**

**Effective 8/4/2020 American Airlines in Waco will be going cashless.  Credit and debit cards ONLY**.

American Airlines is the world's largest airline. American, American Eagle, Envoy Air, Inc. and the AmericanConnections® airlines serve 250 cities in over 40 countries with more than 3,900 daily flights. The combined network fleet numbers more than 1,000 aircraft.

Directions to the Airport >> (directions.asp)

Home (/) | City of Waco, Texas | PO Box 2570 | 300 Austin Ave. | Waco, Texas 76702 | Employees Only (http://intranet.waco-texas.com/) | Phone Directory (/directory.asp)
©2022 | Designed & Maintained by City of Waco Municipal Information (/information.asp) | All Rights Reserved | Privacy Policy and Disclaimer (/privacy.asp) | Contact Us - Create a Request (https://wacotx.citysourced.com/)