# EXHIBIT H



# Nonstop flights out of AUS

 (http://content.abia.org:8080/webfids/) 
(http://aus.tsa.iinside.com/)

## AUS Nonstops

**Click here for the AUS Nonstop Flyer (/sites/default/files/images/Airport/FLIGHT_INFO/nonstop_flyer.pdf)**



**Click here for a larger view of AUS Nonstop Map (/sites/default/files/images/Airport/FLIGHT_INFO/Nonstop_PDF_Letter-size.pdf)**

AUS airline partners are making changes to their service due to COVID-19. To ensure the latest information on air service, please contact your airline. The below information is applicable to March 2022 and will be updated on a monthly basis.

*Flight is temporarily suspended.*

**Albuquerque (ABQ)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**))
- **American Airlines (http://www.aa.com/homePage)**
- **Southwest Airlines (https://www.southwest.com/)**

**Amarillo (AMA)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)
- **Southwest Airlines (https://www.southwest.com/)**

**Amsterdam (AMS)**

- **KLM (https://www.klm.com/)**  (Book now, service starts March 28, 2022)

**Asheville (AVL)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)
- **American Airlines (http://www.aa.com/homePage)** (Book now, service starts June 18)

**Aspen (ASE)**

- **American Airlines (http://www.aa.com/homePage)**

**Atlanta (ATL)**

- **Delta Air Lines (http://www.delta.com/)**
- **Southwest Airlines (https://www.southwest.com/)**

**Baltimore / Washington (BWI)**

- **Southwest Airlines (https://www.southwest.com/)**

**Boise (BOI)**

- **Alaska Airlines (http://alaskaair.com)**

**Boston (BOS)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Delta Air Lines (http://www.delta.com/)**
- **JetBlue Airways (http://www.jetblue.com/)**

**Bozeman (BZN)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)
- **American Airlines (http://www.aa.com/homePage.do)**  (Book now service starts June 4, 2022)

**Burbank (BUR)**

- **Southwest Airlines (https://www.southwest.com/)**

**Cancun Mexico (CUN)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **JetBlue Airways (http://www.jetblue.com/)**
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/)**
- **Sun Country (http://www.suncountry.com/Explore/Travel-Destinations/USA/Central/Austin.html)**

**Charleston (CHS)**

- **Southwest Airlines (https://www.southwest.com/)**

**Charlotte (CLT)**

- **American Airlines (http://www.aa.com/homePage.do)**

**Chicago Midway (MDW)**

- **Southwest Airlines (https://www.southwest.com/)**

**Chicago O'Hare (ORD)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**Cincinnati (CVG)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)
- **American Airlines (http://www.aa.com/homePage.do)**
- **Delta Air Lines (http://www.delta.com/)**

**Columbus (CMH)**

- **Southwest Airlines (https://www.southwest.com/)**

**Cozumel (CZM)**

- **Southwest Airlines (https://www.southwest.com/)**  (Book now, service starts June 11, 2022)
- **American Airlines (http://www.aa.com/homePage.do)**  (Book now, service starts June 11, 2022)

**Dallas Love (DAL)**

- **JSX  (https://www.jsx.com/home/search)** (From Signature Flight Support)
- **S (https://www.southwest.com/)outhwest Airlines (https://www.southwest.com/)**

**Dallas / Ft. Worth (DFW)**

- **American Airlines (http://www.aa.com/homePage.do)**

**Denver (DEN)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**))
- **Southwest Airlines (https://www.southwest.com/)**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**Des Moines (DSM)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)

**Destin / Fort Walton Beach (VPS)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)
- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Detroit (DTW)**

- **Delta Air Lines (http://www.delta.com/)**

**El Paso (ELP)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Fayetteville/Bentonville (XNA)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)

**Fort Lauderdale (FLL)**

- **JetBlue Airways (http://www.jetblue.com/)**
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/)**

**Frankfurt, Germany (FRA)**

- **Lufthansa (https://www.lufthansa.com/us/en/Homepage)** (Book now, service starts April 8, 2022)

**Grand Rapids (GRR)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)

**Harlingen (HRL)**

- **Southwest Airlines (https://www.southwest.com/)**

**Honolulu (HNL)**

- **Hawaiian Airlines (https://www.hawaiianairlines.com/)**

**Houston Hobby (HOU)**

- **Southwest Airlines (https://www.southwest.com/)**

**Houston Bush Intercontinental (IAH)**

- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**Indianapolis (IND)**

- **Allegiant Air (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com/)**)
- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Jacksonville (JAX)**

- **American Airlines (http://www.aa.com/homePage.do)**

**Kansas City (MCI)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (http://www.southwest.com/)**

**Knoxville (TYS)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)

**Las Vegas (LAS)**

- **Allegiant Air (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com/)**)
- **American Airlines (http://www.aa.com/homePage.do)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**))
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/)**

**Liberia, Costa Rica (LIR)**

- **American Airlines (http://www.aa.com/homePage.do)**

**London Heathrow (LHR)**

- **British Airways (http://www.britishairways.com/en-us/destinations/austin/flights-from-austin-to-london)**
- **Virgin Atlantic (https://www.virginatlantic.com/us/en)** (book now starts May 25, 2022)

**Long Beach (LGB)**

- **Southwest Airlines (https://www.southwest.com/)**

**Los Angeles (LAX)**

- **Alaska Airlines (http://alaskaair.com)**
- **American Airlines (http://www.aa.com/homePage.do)**
- **Delta Air Lines (http://www.delta.com/)**
- **JetBlue Airways (http://www.jetblue.com/)**
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/)**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**Louisville (SDF)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**))

**Lubbock (LBB)**

- **Southwest Airlines (https://www.southwest.com/)**

**Memphis (MEM)**

- **Allegiant Air (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com**))

**Mexico City (MEX)**

- **Aeromexico (https://www.aeromexico.com/en-us/?_ga=2.220223704.1111471009.1617986666-1477512553.1617986666)**

**Miami (MIA)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Midland (MAF)**

- **Southwest Airlines (https://www.southwest.com/)**

**Minneapolis/St. Paul (MSP)**

- **Delta Air Lines (http://www.delta.com/)**
- **Southwest Airlines (https://www.southwest.com/)**

**Montego Bay, Jamaica (MBJ)**

- **American Airlines (http://www.aa.com/homePage.do)**  (Book now, service starts June 11, 2022)

**Monterrey, MX (MTY)**

-  **Spirit Airlines (https://www.spirit.com/)** - (Book now, service starts June 22, 2022)

**Nashville (BNA)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Nassau, Bahamas (NAS)**

- **American Airlines (http://www.aa.com/homePage.do)**

**New Orleans (MSY)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Newark/New York - Liberty (EWR)**

- **JetBlue Airways (http://www.jetblue.com/)**
- **Spirit Airlines (https://www.spirit.com/)**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**New York Kennedy (JFK)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Delta Air Lines (http://www.delta.com/)**
- **JetBlue Airways (http://www.jetblue.com/)**

**Oakland (OAK)**

- **Southwest Airlines (https://www.southwest.com/)**

**Oklahoma City (OKC)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Ontario (ONT)**

- **Southwest Airlines (https://www.southwest.com/)**

**Orange County (SNA)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com/)**)
- **Southwest Airlines (https://www.southwest.com/)**
- **American Airlines (http://www.aa.com/homePage.do)**  (Book now service starts June 3, 2022)

**Orlando International (MCO)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**))
- **Southwest Airlines (https://www.southwest.com/)**
- **Spirit Airlines (https://www.spirit.com/)**

**Orlando Sanford (SFB)**

- **Allegiant Air (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com/)**)

**Palm Beach (PBI)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**))

**Palm Springs (PSP)**

- **Alaska Airlines (http://www.alaskaair.com/)**

**Panama City (ECP)**

- **Southwest Airlines (http://www.southwest.com/)**

**Pensacola (PNS)**

- **Southwest Airlines (http://www.southwest.com/)**

**Philadelphia (PHL)**

- **American Airlines (http://www.aa.com/homePage.do)**

**Phoenix (PHX)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Pittsburgh (PIT)**

- **Allegiant Air (http://www.allegiantair.com/)**(from the **South Terminal (http://www.austinsouthterminal.com**))
- **Southwest Airlines (https://www.southwest.com/)**

**Portland (PDX)**

- **Alaska Airlines (http://www.alaskaair.com/)**

**Provo (PVU)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com**))

**Puerto Vallarta (PVR)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**Punta Cana (PUJ)**

- **American Airlines (http://www.aa.com/homePage.do)**

**Punta Gorda (PGD)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com)**)

**Raleigh-Durham (RDU)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Delta Air Lines (http://www.delta.com/)**
- **Southwest Airlines (https://www.southwest.com/)**

**Reno (RNO)**

- **American Airlines (http://www.aa.com/homePage.do)**

**Sacramento (SMF)**

- **Southwest Airlines (https://www.southwest.com/)**

**Salt Lake City (SLC)**

- **Delta Air Lines (http://www.delta.com/)**
- **Southwest Airlines (https://www.southwest.com/)**

**San Diego (SAN)**

- **Alaska Airlines (http://www.alaskaair.com/)**
- **Southwest Airlines (https://www.southwest.com/)**
- **Allegiant Air (http://www.allegiantair.com/)**(Book now service starts April 10, 2022 from the **South Terminal (http://www.austinsouthterminal.com)**)

**San Francisco (SFO)**

- **Alaska Airlines (http://www.alaskaair.com/)**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

**San Jose (SJC)**

- **Alaska Airlines (http://www.alaskaair.com/)**
- **Southwest Airlines (https://www.southwest.com/)**

**San Jose Del Cabo/Los Cabos International (SJD)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**

**San Juan (SJU)**

- **American Airlines (http://www.aa.com/homePage.do)**

**Sarasota (SRQ)**

- **Southwest Airlines (https://www.southwest.com/)**
- **Allegiant Air (http://www.allegiantair.com/)**(Book now service starts April 14, 2022 from the **South Terminal (http://www.austinsouthterminal.com)**)

**Seattle (SEA)**

- **Alaska Airlines (http://www.alaskaair.com/)**
- **Delta Air Lines (http://www.delta.com/)**

**Sioux Falls (FSD)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com)**)

**Springfield (SGF)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com)**)

**St. Louis (STL)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (http://www.southwest.com/)**

**Tampa (TPA)**

- **American Airlines (http://www.aa.com/homePage.do)**
- **Frontier Airlines (https://www.flyfrontier.com/)** (from the **South Terminal (http://www.austinsouthterminal.com)**)
- **Southwest Airlines (https://www.southwest.com/)**

**Taos (TSM)**

- **Taos Air (https://www.skitaos.com/taos-air)** (from Million Air Terminal)

**Toronto, Canada Pearson (YYZ)**

- **Air Canada (http://www.aircanada.com/us/en/home.html)**

**Tulsa (TUL)**

- **Allegiant Air (http://www.allegiantair.com/)** (from the **South Terminal (http://www.austinsouthterminal.com)**)

- **American Airlines (http://www.aa.com/homePage.do)**
- **Southwest Airlines (https://www.southwest.com/)**   (Book now, service starts April 3, 2022)

Vancouver (YVR)

- **Air Canada (https://www.aircanada.com/us/en/aco/home.html)** (Book now, service starts June 1, 2022)

Washington, D.C. Dulles (IAD)

- **Allegiant Air (http://www.allegiantair.com/)**(Book now service starts April 21, 2022 from the **South Terminal (http://www.austinsouthterminal.com)**)
- **American Airlines (http://www.aa.com/homePage.do)**
- **United Airlines (http://www.united.com/web/en-US/default.aspx)**

Washington, D.C. Reagan/National (DCA)

- **Southwest Airlines (https://www.southwest.com/)**

---

**RECENT NEWS**

February 1, 2022
**KLM Royal Dutch Airlines begins new service to Amsterdam this March (/news/klm-royal-dutch-airlines-begins-new-service-amsterdam-march)**

January 12, 2022
**November 2021 Passenger, Cargo Traffic at Austin-Bergstrom (/news/november-2021-passenger-cargo-traffic-austin-bergstrom)**

January 10, 2022
**Austin-Bergstrom International Airport welcomes Virgin Atlantic (/news/austin-bergstrom-international-airport-welcomes-virgin-atlantic)**

December 29, 2021
**October 2021 Passenger, Cargo Traffic at Austin-Bergstrom (/news/october-2021-passenger-cargo-traffic-austin-bergstrom)**

November 8, 2021
**September 2021 Passenger, Cargo Traffic at Austin-Bergstrom (/news/september-2021-passenger-cargo-traffic-austin-bergstrom)**

**View More News (/news-all/17664)**

---

## Top Content

**AUS Airport Airlines & Flights (/department/aus-airport-airlines-flights)**

**AUS Maps & Directions (/department/aus-maps-directions)**

**Ground Transportation at the Barbara Jordan Terminal (/department/ground-transportation-barbara-jordan-terminal)**

**Nonstop flights out of AUS (/department/nonstop-flights-out-aus)**

**AUS - Keeping It Local (/ShopSavorGroove)**

**American Airlines (https://www.aa.com/homePage.do)**



**(https://www.aa.com/homePage.do)**

**British Airways (https://www.britishairways.com/en-fr/destinations/austin/flights-to-austin)**



[(https://www.britishairways.com/en-
fr/destinations/austin/flights-
to-austin)](https://www.britishairways.com/en-fr/destinations/austin/flights-to-austin)

[Air Canada
(https://www.aircanada.com/en-
us/flights-from-austin-to-
toronto)](https://www.aircanada.com/en-us/flights-from-austin-to-toronto)




[(https://www.aircanada.com/en-
us/flights-from-austin-to-
toronto)](https://www.aircanada.com/en-us/flights-from-austin-to-toronto)

[KLM
(https://www.klm.us/search/open-
dates?
connections=AUS%3AA%3EAMS%3AC-
AMS%3AC%3EAUS%3AA&pax=1%3A0%3A0%3A0%3A0%3A0%3A0&cabinClass=ECONOMY&activeConnection=0)](https://www.klm.us/search/open-dates?connections=AUS%3AA%3EAMS%3AC-AMS%3AC%3EAUS%3AA&pax=1%3A0%3A0%3A0%3A0%3A0%3A0&cabinClass=ECONOMY&activeConnection=0)



[(https://www.klm.us/search/open-
dates?
connections=AUS%3AA%3EAMS%3AC-
AMS%3AC%3EAUS%3AA&pax=1%3A0%3A0%3A0%3A0%3A0%3A0&cabinClass=ECONOMY&activeConnection=0)](https://www.klm.us/search/open-dates?connections=AUS%3AA%3EAMS%3AC-AMS%3AC%3EAUS%3AA&pax=1%3A0%3A0%3A0%3A0%3A0%3A0&cabinClass=ECONOMY&activeConnection=0)





[(https://www.alaskaair.com/?semid=Bing||SEMBrand||&amp;gclid=380bf0f646a91bbdacff92f0d31aefa1&amp;gclsrc=3p.ds&amp;msclkid=380bf0f646a91bbdacff92f0d31aefa1&amp;utm_source=bing](https://www.alaskaair.com/)



([https://www.alaskaair.com/?semid=Bing||SEMBrand||&amp;gclid=7f0f3d2a99731b44dfce5f2c0b1295ee&amp;gclsrc=3p.ds&amp;msclkid=7f0f3d2a99731b44dfce5f2c0b1295ee&amp;utm_source=bin](https://www.alaskaair.com/))



### Careers (/department/careers-austin-bergstrom-international-airport)

Aviation Job Opportunities (/department/careers-austin-bergstrom-international-airport)

Internship Programs Overview (/department/intern-programs-austin-bergstrom-international-airport)

High School and College Internship Programs (/department/internship-programs-austin-bergstrom-international-airport-0)

Post-Graduate Program (/department/post-graduate-program-austin-bergstrom-international-airport)

Veteran Program (/department/veteran-program-austin-bergstrom-international-airport)

### About Us (/department/about-austin-bergstrom-international-airport-aus-0)

News (/department/aus-newsroom)

Environmental (/department/environmental-responsibility)

Passenger Stats (/department/airport-activity-reports-passenger-air-cargo-traffic)

### South Terminal (https://austinsouthterminal.com/)

Airlines & Nonstops (https://austinsouthterminal.com/airlines-flights/)

Directions (https://austinsouthterminal.com/getting-here-parking)

### Shop, Dine, Art, Music (/ShopSavorGroove)

Music in the Air @ Barbara Jordan Terminal (/department/live-music-air-airport)

Business (/department/doing-business-austin-bergstrom-international-airport)

Advertising (/department/advertising-opportunities)

Financial Information (/department/aus-system-revenue-bonds)

### Stakeholders (/department/stakeholders)

Construction and Design Resources (/page/construction-and-design-resources-airport)

### Contact Us (/page/austin-bergstrom-international-airport-contact-information)

### Parking (https://www.abiaparking.com/)

Frequent Parker Program (https://www.abiaparking.com/abia-frequent-parker-program.aspx)

Credit Card Express Lanes (https://www.abiaparking.com/credit-card-express-lanes.aspx)

### Travel & Security (/department/travel-security-austin-bergstrom-international-airport)

Check-in & Security (/department/aus-check-security)

Travel Tips (/department/travel-security-austin-bergstrom-international-airport)

Accessibility (/page/accessibility)

FAQ (/department/airport/faq)

Pack Smart (/department/pack-smart-0)

### Customs & Int. Travel (/department/customs-international-travel)

Airlines & Flights (/department/aus-airport-airlines-flights)

Nonstops (/department/nonstop-flights-out-aus)

### Maps & Directions (/department/aus-maps-directions)

Terminal Maps (https://airportmaps.austintexas.gov)

Dropping Off/Picking Up (/department/picking-and-dropping-passengers-airport)

Map your route (https://www.google.com/maps/dir//3600+Presidential+Blvd,+Austin,+TX+78719/@30.208122,-97.668715,13z/data=!4m8!4m7!1m0!1m5!1m1!1s0x86497.666436!2d30.2038838?hl=en)

Ground Transportation (/department/ground-transportation-barbara-jordan-terminal)

Parking (https://www.abiaparking.com/)