# EXHIBIT I



Google Sign in

Round trip · 1 · Economy

Kailua-Kona... · Waco ACT · Wed, Mar 30 · Sun, Apr 3

All filters · Stops · Airlines · Bags · Price · Times · Emissions

Track prices Mar 30–Apr 3 · Date grid · Price graph

## COVID-19 trends in Central Texas

100% of flights are operating · 76% of hotels have availability

Travel advisory · COVID-19 Central Texas · Local cases

## Best departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.

Sort by:

| Departure | Arrival | Stops | Duration | Airline | Price | Emissions |
|---|---|---|---|---|---|---|
| 2:30 PM KOA | 12:28 PM+1 ACT | 2 stops | 16 hr 58 min | American · Operated by Envoy Air as American Eagle | $1,073 round trip | 636 kg $CO_2$ Avg emissions |
| 2:30 PM KOA | 9:36 AM+1 ACT | 2 stops | 14 hr 6 min | American · Operated by Envoy Air as American Eagle | $1,123 round trip | 636 kg $CO_2$ Avg emissions |
| 9:45 PM KOA | 3:25 PM+1 ACT | 2 stops | 12 hr 40 min | American · Operated by Envoy Air as American Eagle | $1,172 round trip | 624 kg $CO_2$ Avg emissions |
| 9:45 PM KOA | 3:25 PM+1 ACT | 2 stops | 12 hr 40 min | American · Operated by Envoy Air as American Eagle | $1,172 round trip | 624 kg $CO_2$ Avg emissions |
| 4:57 PM KOA | 9:36 AM+1 ACT | 2 stops | 11 hr 39 min | Hawaiian, American · Operated by Envoy Air as American ... | $1,326 round trip | 687 kg $CO_2$ Avg emissions |

## Other departing flights

| | | | |
|---|---|---|---|
| ✈ | 9:45 PM → 6:27 PM⁺¹  KOA — ACT  3 stops · 15 hr 42 min · American · Operated by Envoy Air as American Eagle | $1,169 round trip  776 kg CO₂  +17% emissions ⓘ | ⌄ |
| ✈ | 5:55 PM → 3:25 PM⁺¹  KOA — ACT  3 stops · 16 hr 30 min · Southern Airways Express, American · Operated by Envoy … | $1,241 round trip  697 kg CO₂  Avg emissions ⓘ | ⌄ |
| ✈ | 10:55 AM → 9:36 AM⁺¹  KOA — ACT  2 stops · 17 hr 41 min · Alaska, American · Operated by Envoy Air as American E… | $1,271 round trip  751 kg CO₂  +13% emissions ⓘ | ⌄ |
| ✈ | 4:00 PM → 9:36 AM⁺¹  KOA — ACT  2 stops · 12 hr 36 min · Hawaiian, American · Operated by Envoy Air as American … | $1,326 round trip  695 kg CO₂  Avg emissions ⓘ | ⌄ |
| ✈ | 11:20 AM → 9:36 AM⁺¹  KOA — ACT  2 stops · 17 hr 16 min · Southern Airways Express, American · Operated by Envoy … | $1,420 round trip  665 kg CO₂  Avg emissions ⓘ | ⌄ |

⌄ 54 more flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Mar 31–Apr 3                                        Search for hotels ↗

 $121  Tru by Hilton Waco South  4.2 ★★★★☆ (145)

 $163  The Bluebonnet-…  5.0 ★★★★★ (11)

 Magnolia House  4.6 ★★★★★ (110)

🌐 Language · English (United States)     📍 Location · United States     💵 Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more