# EXHIBIT J



Google Sign in

Round trip 1 Economy

Kailua-Kona... Austin AUS Wed, Mar 30 Sun, Apr 3

All filters Stops Airlines Bags Price Times Emissions

Track prices Mar 30–Apr 3 Date grid Price graph

COVID-19 trends in Austin

100% of flights are operating 72% of hotels have availability

Travel advisory COVID-19 Austin Local cases

## Best departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Sort by:

9:45 PM – 1:11 PM+1
KOA AUS
1 stop · 10 hr 26 min · American
$618 round trip
563 kg $CO_2$
-16% emissions

3:55 PM – 12:45 PM+1
KOA AUS
1 stop · 15 hr 50 min · Alaska
$621 round trip
673 kg $CO_2$
Avg emissions

7:05 AM – 10:10 PM
KOA AUS
1 stop · 10 hr 5 min · Hawaiian
$633 round trip
882 kg $CO_2$
+31% emissions

Prices are currently typical for your trip.

## Other departing flights

3:20 PM – 2:08 PM+1
KOA AUS
$682 round trip

| Flight | Details | Price | Emissions |
|---|---|---|---|
| | 1 stop · 17 hr 48 min · Hawaiian, Alaska · Operated by Skywest Airlines as Alas… | | 717 kg CO₂ +6% emissions |
| 9:45 PM → 5:26 PM⁺¹ KOA — AUS | 2 stops · 14 hr 41 min · American | $731 round trip | 701 kg CO₂ Avg emissions |
| 9:45 PM → 5:26 PM⁺¹ KOA — AUS | 2 stops · 14 hr 41 min · American | $731 round trip | 681 kg CO₂ Avg emissions |
| 1:05 PM → 5:26 AM⁺¹ KOA — AUS | 1 stop · 11 hr 21 min · United | $768 round trip | 592 kg CO₂ -11% emissions |
| 3:20 PM → 2:05 PM⁺¹ KOA — AUS | 1 stop · 17 hr 45 min · Hawaiian, JetBlue · Operated by Jetblue Airways | $774 round trip | 671 kg CO₂ Avg emissions |
| 2:30 PM → 9:03 AM⁺¹ KOA — AUS | 2 stops · 13 hr 33 min · American · Operated by Envoy Air as American Eagle | $793 round trip | 651 kg CO₂ Avg emissions |
| 9:40 AM → 11:59 PM KOA — AUS | 1 stop · 9 hr 19 min · United | $824 round trip | 643 kg CO₂ Avg emissions |
| 9:25 PM → 12:32 PM⁺¹ KOA — AUS | 1 stop · 10 hr 7 min · Delta | $861 round trip | 749 kg CO₂ +11% emissions |
| 11:00 PM → 2:00 PM⁺¹ KOA — AUS | 1 stop · 10 hr · United, Alaska · Operated by Skywest Airlines as AlaskaSkyWest | $1,106 round trip | 660 kg CO₂ Avg emissions |
| 7:30 AM → 10:30 PM KOA — AUS | 1 stop · 10 hr · Southwest | Price unavailable | 554 kg CO₂ -17% emissions |

104 more flights

## Hotels in Austin

Nightly prices for 1 guest Mar 31–Apr 3

Search for hotels ↗

 East Austin Hotel $144 · 4.3 ★ (182)

 Firehouse Hostel $46 · 4.4 ★ (413)

 Courtyard by Marriott Austi… $111 · 3.9 ★ (492)

Case 6:20-cv-00460-ADA   Document 115-7   Filed 03/18/22   Page 4 of 4

Language · English (United States)   Location · United States   Currency · USD

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more