IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant. | CASE NO. 6:20-CV-00454-ADA<br>CASE NO. 6:20-CV-00457-ADA<br>CASE NO. 6:20-CV-00460-ADA<br>CASE NO. 6:20-CV-00461-ADA<br>CASE NO. 6:20-CV-00463-ADA<br>CASE NO. 6:20-CV-00464-ADA<br>CASE NO. 6:20-CV-00465-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "parties") jointly move to stay the above-captioned cases for forty-five (45) days.

WHEREAS, the parties have executed a binding term sheet resolving the above-captioned cases;

WHEREAS, the parties are in the process of finalizing a settlement to resolve all claims currently pending; and

WHEREAS the proposed stay would vacate all deadlines as to this action.

IT IS HEREBY AGREED AND STIPULATED by and between the parties, subject to the approval of the Court, that this case is stayed for forty-five (45) days. The parties further agree that, at the end of the forty-five day stay, they shall file a joint notice advising the Court of any appropriate relief required, including whether the stay should or should not be continued.

1

Dated:  June 15, 2022

Respectfully Submitted,

| | |
|---|---|
| By: /s/ *Mark D. Siegmund*<br>J. Hoke Peacock III<br>Texas Bar No. 15673980<br>Max L. Tribble, Jr.<br>Texas Bar No. 2021395<br>Shawn Blackburn (pro hac vice)<br>Texas Bar No. 24089989<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096<br>Tel.: (713) 651-9366<br>Fax: (713) 654-6666<br>tpeacock@susmangodfrey.com<br>mtribble@susmangodfrey.com<br>sblackburn@susmangodfrey.com<br><br>Kalpana Srinivasan<br>California Bar No. 237460<br>Anna Catherine Coll (pro hac vice)<br>California Bar No. 337548<br>**SUSMAN GODFREY LLP**<br>1900 Avenue of the Stars, 14th Floor<br>Los Angeles, CA 90067-6029<br>Tel.: (310) 789-3100<br>Fax: (310) 789-3150<br>ksrinivasan@susmangodfrey.com<br>acoll@susmangodfrey.com<br><br>Elizabeth Aronson (pro hac vice)<br>State Bar No.  5704432<br>**SUSMAN GODFREY LLP**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>(212) 336-8330<br>(212) 336-8340<br>baronson@susmangodfrey.com<br><br>Mark D. Siegmund<br>State Bar No. 24117055<br>**STECKLER WAYNE CHERRY & LOVE PLLC**<br>8416 Old McGregor Road | /s/ *Melissa R. Smith (with permission)*<br>Michael J. Bettinger<br>Bar No. 122196<br>mbettinger@sidley.com<br>Brooke S. Boll<br>Bar No. 318372<br>brooke.boll@sidley.com<br>Irene Yang<br>Bar No. 245464<br>irene.yang@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 772-1200<br><br>Richard A. Cederoth<br>Bar No. 6185199<br>John W. McBride<br>Bar No. 6294453<br>Kevin R. Oliver<br>Bar No. 6324436<br>Richard M. Chen<br>Bar No. 6325568<br>rcederoth@sidley.com<br>jwmcbride@sidley.com<br>kevin.oliver@sidley.com<br>rchen@sidley.com<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br><br>Melissa R. Smith<br>Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Tel: (903) 934-8450 |

Waco, TX 76712
Tel.: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com

*Counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development*

James Travis Underwood
Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, TX 75702
Tel.: (903) 934-8450
Fax: (903) 934-9257

*Counsel for Microsoft Corporation*

3

10070321v1/017340

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 15, 2022, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

/s/ *Mark D. Siegmund*
Mark D. Siegmund
Counsel for Plaintiff